In the Matter of JOSE VARGAS, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted May 26, 2015; decided July 1, 2015

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).

Judge STEIN taking no part.